Lucy Buggs, Amanda Williams and O. B. Williams, Appellants, v. Zola Hill, Appellee.

Gen. No. 46,163.

509

Shulman, Shulman & Abrams, Milton K. Joseph, and Harry George, for appellants; LeRoy G. Charles, and James G. Lemon, Jr., for appellee. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full. Opinion filed October 26, 1953; released for publication December 1, 1953.